IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: W.R. Grace et al

|  |  |  |
|---|---|---|
| First Tennessee Bank  - Court Thomas Computer Center | ) ) ) ) |  |
| Appellant | ) | Civil Action No.   07-319     RLB |
| v. | ) ) |  |
| W.R. Grace et al | ) ) |  |
| Appellee | ) | Bankruptcy Case No. 01-01139 AP 07-48 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/17/07 was docketed in the District Court on 5/25/07:

> Order Disallowing and Expunging of 71 Claims Filed by
> Speights & Runyan

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

> **Appellant's Brief is Due 6/14/07**
> Peter T. Dalleo
> Clerk of Court

Date:   5/25/07

To:    U.S. Bankruptcy Court
       Counsel